222 P.3d 465

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Paulino | 29216 | 01/25/2010 | Vacated & remanded |
| Combs v. Case Bigelow & Lombardi | 28773 | 01/27/2010 | Affirmed |
| State v. Manzano-Hill | 29063 | 01/27/2010 | Vacated & remanded |